No. 740. Ohio ex rel. Eastman *v.* Stuart et al. Jurisdictional statement submitted February 3, 1934. Decided February 12, 1934. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Yesler* v. *Washington Harbor Line Comm'rs,* 146 U.S. 646, 657; *Farson Son & Co.* v. *Bird,* 248 U.S. 268,

271; *Doyle* v. *Atwell*, 261 U.S. 590; *Howat* v. *Kansas,* 258 U.S. 181, 189, 190; *McCoy* v. *Shaw*, 277 U.S. 302, 303. *Messrs. Erwin R. Effler, Rufus H. Baker,* and *Harold W. Fraser* for appellant. *Messrs. Frazier Reams* and *J. S. Rhinefort* for appellees.